## Tate *v.* Philadelphia et al.

Argued August 31, 1945. Before MAXEY, C. J., DREW, LINN, PATTERSON and JONES, JJ.

*Joseph Sharfsin* and *Louis F. McCabe,* for petitioner.

*William T. Connor,* for respondents.

OPINION BY MR. CHIEF JUSTICE MAXEY, September 24, 1945:

The petition is dismissed at the cost of the plaintiff for the reasons set forth in the companion case of Kane

v. Morrison, Secretary of the Commonwealth et al., in which an opinion has been this day filed.

---

CONCURRING OPINION BY MR. JUSTICE JONES:

I concur in the result for the reasons given in separate concurrence in *Kane v. Morrison, Secretary of the Commonwealth et al.,* p. 611, supra.